UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  PRESHELIA LAVONE COLEMAN

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 23-01813 KMS

## OBJECTION TO UNSECURED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Objection to the following Unsecured Claim:

VICKSBURG HEALTHCARE, LLC
DBA MERIT HEALTH RIVER REGION
c/o DAVID L. MENDELSON, ESQ. MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN  38187-0235

Court Claim No. 10

Amount of Claim: $764.84

Trustee objects to the allowance of said Claim for the reason(s):

the claim is for debt that was incurred post petition

*/s/ David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PRESHELIA LAVONE COLEMAN

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 23-01813 KMS

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated: May 08, 2025

/s/ David Rawlings
_____
David Rawlings, Trustee
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PRESHELIA LAVONE COLEMAN

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 23-01813 KMS

### CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (VICKSBURG HEALTHCARE, LLC (Claim #10)) and Notice of Objection to Claim to the below parties.

Notice Provided via First Class U.S. Mail:

PRESHELIA LAVONE COLEMAN
132 Brady Ave.
Port Gibson, MS 39150

VICKSBURG HEALTHCARE, LLC
DBA MERIT HEALTH RIVER REGION
c/o DAVID L. MENDELSON, ESQ. MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187-0235

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 8th day of May, 2025.

/s/ David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net