_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   PRESHELIA LAVONE COLEMAN

      DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER13BANKRUPTCY
CASE NO. 23-01813 KMS

**ORDER ON TRUSTEE'S**
**OBJECTION TO UNSECURED CLAIM**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to the Unsecured Claim (Court Claim No. 10) of VICKSBURG HEALTHCARE, LLC, dba Merit Health River Region, c/o David L. Mendelson, (Docket No.58 ), and the Creditor having failed to respond, the Court finds that said Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Claim is not allowed as an unsecured claim.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlingsl3.net